**Order entered September 21, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01012-CV

**PEARL ENERGY INVESTMENT MANAGEMENT, LLC, ET AL., Appellants**

**V.**

**GRAVITAS RESOURCES CORPORATION, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03007**

## ORDER

Before the Court is appellants' September 19, 2018 unopposed motion for extension of time to file a brief. We **GRANT** the motion and extend the time to **October 22, 2018**.

/s/    ADA BROWN
        JUSTICE